THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KRISTIE NESMITH, Appellant. [775 NYS2d 685]—Appeal from a judgment of the Monroe County Court (Joseph D. Valentino, A.J.), rendered April 12, 2001. The judgment convicted defendant, upon her plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Wisner, J.P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.